Peter J. Benvenutti (CA Bar No. 60566)
Dara R. Levinson (CA Bar No. 274923)
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
pjbenvenutti@jonesday.com
daralevinson@jonesday.com
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Thomvest Holdings, LLC

Ragesh K. Tangri (CA Bar No. 159477)
Johanna Calabria (CA Bar No. 226222)
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, California 94111
rtangri@durietangri.com
jcalabria@durietangri.com
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

Attorneys for Thomvest Holdings, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. THOMAS, in his capacity as Shareholder Representative on behalf of the shareholders of Legal Systems Holding Company, a Delaware Corporation,<br><br>Plaintiff.<br><br>v.<br><br>WILLIAM JAMES DEL BIAGGIO, III, a California resident, on behalf of his residual interest as a General Partner of SAND HILL CAPITAL II, LP, a Delaware Limited Partnership; R. TODD NEILSON, in his capacity as Bankruptcy Trustee for William James Del Biaggio III, a California Resident; THOMVEST HOLDINGS, LLC, a Delaware limited liability company; and DOES 1-10,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO. 08-30991-TEC<br><br>Chapter 11<br><br>Adversary Proceeding No. 11-03191<br><br>**STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND FILING OF JOINT PRETRIAL STATEMENT**<br><br>Old Date: January 10, 2013 at 11:00 a.m.<br><br>New Date: February 5, 2013 at 9:30 a.m. |

STIPULATION TO CONTINUE PRETRIAL CONFERENCE
CASE NO. 11-03191

1

This *Stipulation to Continue Pretrial Conference and Filing of Joint Pretrial Statement* ("Stipulation") is entered into by and between Interpleader Defendant and Cross-Defendant, R. Todd Neilson, the Liquidating Trustee of the Del Biaggio Liquidating Trust (the "Trustee") and Interpleader Defendant and Third-Party/Cross-Plaintiff Thomvest Holdings, LLC, a Delaware limited liability company ("Thomvest") (collectively, the "Parties").

The Parties enter into this Stipulation with respect to the following facts and circumstances.

**RECITALS**

There is currently set on the Court's January 10, 2013 at 11:00 a.m. calendar a pretrial conference in the above-captioned matter.

The Parties have determined that it would be beneficial to modify the date for the pretrial conference, along with the date for filing a joint pretrial statement.

NOW, THEREFORE, the Parties stipulate and agree as follows:

**AGREEMENT**

1. The pretrial conference shall be held on February 5, 2013, at 9:30 a.m.

2. The Parties' Joint Pretrial Statement shall be filed on January 29, 2013, in accordance with the Court's Scheduling Order entered on July 17, 2012 (Dkt. 044).

[*Remainder of the page intentionally left blank*]

| | | |
|---|---|---|
| 1 | DATED: January 3, 2013 | DURIE TANGRI |
| 2 | | |
| 3 | | By: /s/ Johanna Calabria |
| 4 | | Johanna Calabria<br>Attorneys for Thomvest Holdings, LLC |
| 5 | DATED: January 3, 2013 | PACHULSKI STANG ZIEHL & JONES LLP |
| 6 | | |
| 7 | | By: /s/ John D. Fiero |
| 8 | | John D. Fiero<br>Attorneys for R. Todd Neilson, Liquidating Trustee |

STIPULATION TO CONTINUE PRETRIAL CONFERENCE
CASE NO. 11-03191

3