

Office of the Clerk
United States Bankruptcy Court, Northern District of California
San Francisco Division

| Gloria L. Franklin, | Elizabeth Lucero, |
| --- | --- |
| Clerk of Court | Division Office Manager |
| P.O. Box 7341 | 235 Pine Street, 19th Floor |
| San Francisco, CA 94120-7341 | San Francisco, CA 94104 |
| Phone: (415) 268-2300 | Phone: (415) 268-2312 |

June 7, 2013

Richard W. Wieking, Clerk of Court
United States District Court
Philip Burton Federal Building
& United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: Transmittal of Record - Objection/Responses to Bankruptcy Court's Proposed Findings of Fact and Conclusions of Law Regarding Interpleader Trial Pursuant to Rule 9033 – Robert J. Thomas v William James Del Biaggio, III et al. Adversary Case 11-3191 TEC

Dear Clerk:

Pursuant to Federal Bankruptcy Rule 9033 (Review of Proposed Findings of Fact and Conclusions of Law in Non-Core Proceedings, we are transmitting the above referenced Objection and Responses thereto:

- Proposed Findings of Fact and Conclusions of Law, entered on April 24, 2013 (docket #97).

- Notice Regarding Proposed Findings of Fact and Conclusions of Law entered on April 24, 2013 (docket #98).

- Amended Proposed Findings of Fact and Conclusions of Law entered on April 24, 2013 (docket #99).

- Notice Regarding Amended Proposed Findings of Fact and Conclusions of Law entered on April 24, 2013 (docket #100).

- Objection to Amended Proposed Findings of Fact and Conclusions of Law Regarding Interpleader Trial Pursuant To Rule 9033 filed by Defendant and Cross-Defendant Todd Neilson on May 15, 2013 (docket #104).

- Thomvest Holdings LLC's Response to the Bankruptcy Court's Amended Proposed Findings of Fact and Conclusions of Law Regarding Trial filed by Defendant and Third-Party Cross-Plaintiff Thomvest Holdings LLC on June 5, 2013(docket #105). Attachments:

    # 1 Thomvest's Designation of the Reocrd in Response to Trustee's Objections to Bankruptcy Court's Amended Proposed findings of Fact and Conclusions of Law re Trial

    # 2 May 29, 2013 Calabria letter to Fiero and Manning Attaching Proposed Form of Judgment

    # 3 [Proposed] Judgment on De Novo Review of Bankruptcy Judge's Proposed Findings of Fact and Conclusions of Law)

- Thomvest Holdings LLC's Appendix of Authorities In Support of its Response To The Trustee's Objections To The Bankruptcy Court's Amended Proposed Findings of Fact and Conclusions of Law Regarding Trial filed by Defendant and Third-Party Cross-Plaintiff Thomvest Holdings LLC on June 6, 2013 (docket #106).

- Certified Copy of the Court's Docket Report.

If you have any questions, please let me know. Also, please acknowledge receipt on the copy of this letter and return it in the enclosed self-addressed envelope.

Sincerely,

Gloria L. Franklin
Clerk of Court

By: **ANNA CHO-WONG**
Deputy Clerk

Enclosures: (7)

***

## ACKNOWLEDGMENT OF RECEIPT

The documents for the above referenced matter were received on: _____

We have assigned a new case number for all the above referenced matter: _____