Office of the Clerk
United States Bankruptcy Court, Northern District of California
San Francisco Division

**FILED**
JUN 18 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Gloria L. Franklin,
Clerk of Court
P.O. Box 7341
San Francisco, CA 94120-7341
Phone: (415) 268-2300

Elizabeth Lucero,
Division Office Manager
235 Pine Street, 19th Floor
San Francisco, CA 94104
Phone: (415) 268-2312

June 7, 2013

Richard W. Wieking, Clerk of Court
United States District Court
Philip Burton Federal Building
& United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

**C13-2794 YGR**

Re: Transmittal of Record - Objection/Responses to Bankruptcy Court's Proposed Findings of Fact and Conclusions of Law Regarding Interpleader Trial Pursuant to Rule 9033 – Robert J. Thomas v William James Del Biaggio, III et al. Adversary Case 11-3191 TEC

Dear Clerk:

Pursuant to Federal Bankruptcy Rule 9033 (Review of Proposed Findings of Fact and Conclusions of Law in Non-Core Proceedings, we are transmitting the above referenced Objection and Responses thereto:

- Proposed Findings of Fact and Conclusions of Law, entered on April 24, 2013 (docket #97).

- Notice Regarding Proposed Findings of Fact and Conclusions of Law entered on April 24, 2013 (docket #98).

- Amended Proposed Findings of Fact and Conclusions of Law entered on April 24, 2013 (docket #99).

- Notice Regarding Amended Proposed Findings of Fact and Conclusions of Law entered on April 24, 2013 (docket #100).

- Objection to Amended Proposed Findings of Fact and Conclusions of Law Regarding Interpleader Trial Pursuant To Rule 9033 filed by Defendant and Cross-Defendant Todd Neilson on May 15, 2013 (docket #104).

- Thomvest Holdings LLC's Response to the Bankruptcy Court's Amended Proposed Findings of Fact and Conclusions of Law Regarding Trial filed by Defendant and Third-Party Cross-Plaintiff Thomvest Holdings LLC on June 5, 2013(docket #105). Attachments:

    # **1** Thomvest's Designation of the Reocrd in Response to Trustee's Objections to Bankruptcy Court's Amended Proposed findings of Fact and Conclusions of Law re Trial

    # **2** May 29, 2013 Calabria letter to Fiero and Manning Attaching Proposed Form of Judgment

    # **3** [Proposed] Judgment on De Novo Review of Bankruptcy Judge's Proposed Findings of Fact and Conclusions of Law)