

Signed and Filed: August 26, 2013

_____
**THOMAS E. CARLSON U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>WILLIAM JAMES DEL BIAGGIO, III,<br><br>                   Debtor.<br>_____<br>ROBERT J. THOMAS, in his capacity as Shareholder Representative on behalf of the shareholders of Legal Systems Holding Company, a Delaware Corporation,<br><br>                   Plaintiff,<br><br>  vs.<br><br>WILLIAM JAMES DEL BIAGGIO, III, a California resident, on behalf of his residual interest as General Partner of SAND HILL CAPITAL II, LP, a Delaware Limited Partnership; R. TODD NEILSON, in his capacity as Bankruptcy Trustee for William James Del Biaggio, III, a California Resident; THOMVEST HOLDINGS, LLC, a Delaware limited liability company; and DOES 1-10,<br><br>                   Defendants.<br>_____<br>AND RELATED CROSS-ACTION<br>_____ | Case No. 08-30991 TEC<br><br>Chapter 11<br><br><br><br><br>Adv. Proc. No. 11-03191 TC<br><br><br><br><br><br><br><br>**ORDER AUTHORIZING DEPOSIT OF INTERPLEADED FUNDS INTO COURT REGISTRY** |

ORDER AUTHORIZING DEPOSIT OF
INTERPLEADED FUNDS INTO COURT
REGISTRY

-1-

By order signed by Honorable Joseph C. Spero on September 21, 2011 and entered on October 5, 2011 (Docket No. 32), this case was transferred from the United States District Court for the Western District of Washington (Case No. C11-03099 JCS) to the Honorable Thomas E. Carlson of the United States Bankruptcy Court for the Northern District of California, San Francisco Division.  Monies currently deposited into the registry funds of the United States District Court for the Western District of Washington shall be transferred to the registry funds of the United States Bankruptcy Court for the Northern District of California, San Francisco Division.

Pursuant to the Northern District of California Bankruptcy Court's General Order No. 24, it is hereby ordered that the Clerk of the Court of the United States District Court for the Western District of Washington is hereby authorized and directed to deposit the principal amount of $9,920,947.97 plus accrued interest into the registry funds of the United States Bankruptcy Court for the Northern District of California, San Francisco Division.

**\*\*END OF ORDER\*\***

ORDER AUTHORIZING DEPOSIT OF
INTERPLEADED FUNDS INTO COURT
REGISTRY